Marc Wayne PERSONIUS,
Petitioner–Appellant,

v.

DIRECTOR, VIRGINIA DEPART-
MENT OF CORRECTIONS,
Respondent–Appellee.

No. 13–6504.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 13, 2013.

Decided: June 18, 2013.

Marc Wayne Personius, Appellant Pro
Se.

Before NIEMEYER, KING, and
FLOYD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Marc Wayne Personius seeks to appeal
the district court's order denying relief on
his 28 U.S.C. § 2254 (2006) petition. The
order is not appealable unless a circuit
justice or judge issues a certificate of ap-
pealability. 28 U.S.C. § 2253(c)(1)(A)
(2006). A certificate of appealability will
not issue absent "a substantial showing of
the denial of a constitutional right." 28
U.S.C. § 2253(c)(2) (2006). When the dis-
trict court denies relief on the merits, a
prisoner satisfies this standard by demon-

strating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *see Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. *Slack,* 529 U.S. at 484–85, 120 S.Ct. 1595.

We have independently reviewed the record and conclude that Personius has not made the requisite showing. Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*